UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

BRITTANY CONDOMINIUM
ASSOCIATION, INC.,

      Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

      Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, and states as follows:

1. Plaintiff, Brittany Condominium Association, Inc. ("Plaintiff"), commenced this action by filing a Complaint for Breach of Contract & Demand for Jury Trial in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. Copies of the Complaint and docket are attached in Composite Exhibit 1.

2. Defendant, Westchester, was served on March 25, 2022.

### Diversity of Citizenship

3. Plaintiff is a Not For Profit Corporation incorporated in the State of Florida with principal place of business in the State of Florida.[1]

---

[1] Compl. ¶ 1, Composite Exhibit 1.
LEGAL\57623365\1

4. Defendant, Westchester, is an insurance company incorporated in the State of Georgia with principal place of business in the State of Pennsylvania.

5. Accordingly, for purposes of 28 U.S.C. § 1332, diversity existed among Plaintiffs and Westchester at the time Plaintiffs commenced this action in state court and continues to exist as of the time of filing this Notice of Removal.

**Amount in Controversy**

6. The Complaint alleges that "The amount in controversy in this action is greater than Thirty Thousand Dollars ($30,000.00) exclusive of pre-judgment interest, court costs, and attorney's fees."[2]

7. Plaintiff alleges that Westchester issued it an insurance policy covering property located at Brittany B, Unit 67, Delray Beach, Florida 33446 (the "Property").[3]

8. Plaintiff alleges that on or about October 25, 2021, the Property was damaged by a fire.[4]

9. Plaintiff alleges that Westchester was notified of the loss and assigned claim number KY21K2908818 to the claim (the "Claim").[5]

10. Plaintiff alleges Westchester breached the insurance contract because it "failed or refused to provide full coverage under the insurance policy and has failed to pay promptly the full amounts due" under the Policy.[6]

11. In connection with the Claim, Plaintiff has submitted a repair estimate prepared by Claim Pros in the amount of $211,965.70.[7]

---

[2] Compl. ¶ 3.
[3] Compl. ¶ 6.
[4] Compl. ¶ 7.
[5] Compl. ¶ 9.
[6] Compl. ¶ 12.
[7] See Exhibit 2.

12. Additionally, on January 9, 2022, Plaintiff submitted a Sworn Statement in Proof of Loss in the amount of $206,965.70 in connection with the Claim.[8]

13. Additionally, on or about April 19, 2022, Plaintiffs' counsel sent Westchester's counsel a confidential settlement demand in an amount which exceeds $75,000.[9]

14. Based upon the foregoing, Westchester has a good faith belief that the amount in controversy is in excess of $75,000, exclusive of interest and costs.

15. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

16. A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

WHEREFORE, Westchester Surplus Lines Insurance Company hereby removes this action to this Court.

Respectfully submitted,

**COZEN O'CONNOR**

By: /s/ John David Dickenson
John David Dickenson
Florida Bar No. 575801
jdickenson@cozen.com
Evan M. Holober
Florida Bar No. 1012320
eholober@cozen.com
One North Clematis Street, Suite 510
West Palm Beach, Florida  33401
Telephone:  (561) 515-5250
Facsimile:  (561) 515-5230
*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

---

[8] See Exhibit 3.
[9] While the Settlement Demand is confidential, Westchester may be required to disclose the amount of the settlement demand if necessary to establish the amount in controversy and/or upon the request of this Court.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by Electronic Mail.

                                                  /s/ John David Dickenson
                                                  John David Dickenson

**SERVICE LIST**
*Counsel for Plaintiff*
Grant W. Krapf, Esq.
KRAPF LEGAL, P.A.
2790 Sunset Point Road
Clearwater, FL 33759
Telephone: (727) 777-7450
Email: grant@krapflegal.com
        assist@krapflegal.com